**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Julian Craig Murphy and Donald H. Murray on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

United Healthcare Corporation, a Minnesota Corporation,

Defendant.

Case No. 00-1023 RHK/JMM

**~~[PROPOSED]~~ ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO PLEAD OR MOVE**

This matter comes before the Court on the parties' Stipulated Motion to Extend Time for Defendant to Plead or Move. Having considered the issues, the Motion is GRANTED.

IT IS ORDERED that Defendant United Healthcare Corporation is granted until June 9, 2000, to plead or move in response to the Complaint.

Dated this 5 day of May, 2000.

BY THE COURT:

JOHN M. MASON
UNITED STATES MAGISTRATE JUDGE

1396404.1

FILED MAY 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK________